UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSEX REGIONAL RETIREMENT SYSTEM, on Behalf of Itself and on Behalf of All Those Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, BNP PARIBAS S.A., CITIBANK, N.A., CITIGROUP, INC., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, GOLDMAN SACHS GROUP, INC., GOLDMAN, SACHS & CO., HSBC HOLDINGS PLC, HSBC BANK PLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, JPMORGAN CHASE & CO., MARKIT GROUP LTD., MORGAN STANLEY & CO. LLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, and UBS AG,<br><br>　　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil Action No. 1:13-cv-05388 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Essex Regional Retirement System, by its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

DATED: August 7, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**LABATON SUCHAROW LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory S. Asciolla
　　　　　　　　　　　　　　　　　　　　　　Gregory S. Asciolla
　　　　　　　　　　　　　　　　　　　　　　Lawrence A. Sucharow
　　　　　　　　　　　　　　　　　　　　　　Jay L. Himes
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Perez

140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
lsucharow@labaton.com
gasciolla@labaton.com
jhimes@labaton.com
mperez@labaton.com

*Counsel for Plaintiff and the Proposed Class*

**LOWEY DANNENBERG COHEN & HART, P.C.**
VINCENT BRIGANTI
White Plains Plaza, One North Broadway
White Plains, NY, 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035
VBriganti@lowey.com

*Of Counsel*